UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE CREEK PRODUCE, LLC : | |
| : | |
| Plaintiff : | |
| : | Civil No.  07cv7849 (LTS)(FM) |
| v. : | |
| : | **RULE 7.1 DISCLOSURE** |
| BIG CITY PRODUCE, INC., et al : | |
| : | |
| Defendants : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Blue Creek Produce, LLC, by and through counsel, certifies that Blue Creek Produce, LLC, is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 5th day of September, 2007

        Respectfully submitted

        LAW OFFICES OF BRUCE LEVINSON

        By: /s/ Bruce Levinson
            Bruce Levinson (BL0749)
            747 Third Avenue, 4th Floor
            New York, New York 10017-2803
            (212) 750-9898

            and

        Sarah Fry (SF7556)
        McCARRON & DIESS
        4900 Massachusetts Ave., N.W. Suite 310
        Washington, D.C. 20016
        (202) 364-0400

        Attorneys for Plaintiff