## CERTIFICATE OF SERVICE

I certify that true and correct copies of the Initial Conference Order So-Ordered On September 12, 2007 was served this date by depositing thereof enclosed in a sealed envelope, by regular mail, in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, addressed to each of the persons on set forth below:

Stanley Forrest
c/o Big City Produce, Inc.
735 Drake Street
Bronx, New York 10474-6115

Mauricio Rodriguez
c/o Big City Produce, Inc.
735 Drake Street
Bronx, New York 10474-6115

Marian Cohen
c/o Big City Produce, Inc.
735 Drake Street
Bronx, New York 10474-6115

Indumati Kothari t/a
Big City Tropical Corp.
735 Drake Street
Bronx, New York  10474

Big City Produce, Inc.
735 Drake Street
Bronx, New York 10474-6115

Jun Li
c/o Big City Produce, Inc.
735 Drake Street
Bronx, New York 10474-6115

/s/ Gregory Brown
GREGORY BROWN

Dated this 17th day of September, 2007