Form 03 - DOOR WITH MILITARY

**BRUCE LEVINSON ESQ.**                              ATTN:
U.S.SOUTHERN DIST. COURT        NEW YORK COUNTY
-----------------------------------------------------

BLUE CREEK PRODUCE, LLC                       plaintiff         Index No. **07 CIV 7849**

          - against -                                           Date Filed ............

BIG CITY PRODUCE, INC.                        defendant         Office No.

                                                                Court Date:   /  /

-----------------------------------------------------

        STATE OF NEW YORK, COUNTY OF NEW YORK            :SS:
**RICHARD RUBINSTEIN**      being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**14th** day of **November, 2007   07:58 AM**          at
     **957 WEST BROADWAY**
     **WOODMERE, NY 11598**
deponent attempted to make personal service of a true copy of the
     **SUMMONS AND COMPLAINT**
     **JUDGES RULES**
     **CIVIL COVER SHEET**
in the above entitled action upon **INDUMATI KOTHARI T/A BIG CITY TROPICAL CORPORATION the DEFENDANT** therein named. Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT**
at the above address, to wit: **10/31/2007 09:15 AM   11/06/2007 07:10 PM   11/09/2007 04:10 PM**
Deponent spoke to **"JOHN" SMITH, MAILMAN ON ROUTE WHO REFUSED TRUE NAME**
 who stated to deponent that said **DEFENDANT**
**worked there.**
That personal service could not be made with due diligence upon the said **DEFENDANT**
and therefore deponent on the **14th** day of **November, 2007 at 07:58 AM** at the above address served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT**
**INDUMATI KOTHARI T/A BIG CITY TROPICAL CORPORATION**
by affixing the same to the door of **DEFENDANT said place of business**
since admittance could not be obtained upon reasonable application or a person of suitable age and discretion found who would receive same, true copy thereof.
On **11/20/2007** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address.
That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns action against the person to be served. That at the time of service as aforesaid, I asked person spoken to whether the **DEFENDANT** was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York, or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
20th  day of  November, 2007e                         ..........................

BRETT GOLUB                                            RICHARD RUBINSTEIN
Notary Public, State of New York                       AETNA CENTRAL JUDICIAL SERVICES
    No.01G06129491                                     225 BROADWAY, SUITE 1802
Qualified in NASSAU                                    NEW YORK, NY, 10007
Commission Expires 06/27/2009                          Reference No: 3BL164627