Form 19 - SECRETARY OF STATE - 306

**BRUCE LEVINSON ESQ.**
ATTN:

| U.S. SOUTHERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

---

BLUE CREEK PRODUCE, LLC                             plaintiff

       - against -

BIG CITY PRODUCE, INC.                              defendant

Index No. **07 CIV 7849**

Date Filed  ............

Office No.

Court Date:  / /

---

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action. That on the
**14th of September, 2007 at 08:45 am**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
   SUMMONS AND COMPLAINT
   JUDGES RULES
   CIVIL COVER SHEET
UPON: BIG CITY PRODUCE, INC.
**the DEFENDANT** in this action, by delivering to and leaving with
   **CAROL VOGT, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BLACK** |
| APP. AGE: **45** | APP. HT: **5:4** | APP. WT: **140** |

OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
19th DAY OF September, 2007sr

KENNETH WISSNER
Notary Public, State of New York
  No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STEVE AVERY
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BL164625