USDC .... 4
DOCUMENT
ELECTRONIC''''''' FILED
DOC #
DATE FEB 2 1 2008

*Law Offices of*
*Bruce Levinson, Esq.*
747 Third Avenue, New York, New York 10017-2803
Tel: (212) 750.9898    Fax: (212) 750.2536
E-mail: b.levinson@verizon.net

Bruce Levinson

Gregory Brown

February 20, 2008

VIA FACSIMILE
(212) 805-0426

Honorable Laura Taylor Swain
Attention: Sarah
United States District Court
500 Pearl Street
New York, New York 10007



### Re: Blue Creek Produce v. Big City Produce; 07 Civ 7849

Honorable Madam:

We represent plaintiffs in the above-captioned matter. The Court will be pleased to learn that Indumati Kothari is now being represented by counsel. The parties are currently attempting to negotiate a settlement of this action, and respectfully, jointly request that the preliminary conference, currently scheduled for February 22, 2008, be adjourned to March 14, 2008 at 11:30 AM. The additional time will allow the parties to continue settlement negotiations.

Thank you very much for your attention to this matter.

Respectfully yours,
Law Offices of Bruce Levinson

By: _____

Gregory Brown
The request is granted.

cc.:    Kate Ellis, Esq.
        Shifali Kothari (via fax: 212-836-6300)

SO ORDERED.

2/21/2008

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE