CERTIFICATE OF SERVICE

I, Shefali Kothari, hereby certify that I have served a true and correct copy of the foregoing ANSWER OF INDUMATI KOTHARI TO THE PLAINTIFF'S COMPLAINT by U.S. mail, postage pre-paid this 13th day of March, 2008, to the following:

Mauricio Rodriguez
144 Huntley Drive
Ardsley, NY 10502

Big City Produce, Inc.
c/o Secretary of State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

                                                  s/ Shefali Kothari
                                                    Shefali Kothari