UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BLUE CREEK PRODUCE,

    Plaintiff(s),

-v-                                      No. 07 Civ. 7849 (LTS)(FM)

BIG CITY PRODUCE,

    Defendant(s).

------------------------------------------------------------x

## ORDER[1]

A pretrial conference was held in the above-captioned matter today. It is hereby

ORDERED, that Count 1 of the Complaint is withdrawn, without prejudice.

Dated: New York, New York
       March 14, 2008

                                                LAURA TAYLOR SWAIN
                                                United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*