IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLUE CREEK PRODUCE LLC

      Plaintiff,

v.

BIG CITY PRODUCE, INC.,
MAURICIO RODRIGUEZ,
STANLEY FORREST, JUN LI,
MARIAN COHEN and INDUMATI
KOTHARI t/a BIG CITY
TROPICAL CORP.

Defendants.

ECF Case

Civ. No.07cv7849(LTS)(FM)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as additional counsel of record for defendant Indumati Kothari in the above-captioned action.

Dated: March 21, 2008
      New York, New York

                    Respectfully submitted,

                    **KAYE SCHOLER LLP**

                    By: /s Jeffrey A. Fuisz
                    Jeffrey A. Fuisz (JF 4146)

                    425 Park Avenue
                    New York, NY 10022-3598
                    Tel. (212) 836-8000

                    Counsel for Indumati Kothari

Doc #31622157.WPD