CERTIFICATE OF SERVICE

I, Shefali Kothari, hereby certify that I have served a true and correct copy of the foregoing Notice of Appearance by U.S. mail, postage pre-paid this 21st day of March, 2008, to the following:

Big City Produce, Inc.
c/o Secretary of State of New York
One Commerce Plaza
99 Washington Avenue
Albany, NY  12231

                                                              s/ Shefali Kothari
                                                               Shefali Kothari