# KAYE SCHOLER LLP

Jeffrey A. Fuisz
212 836-8317
Fax 212 836-6417
jfuisz@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212 836-8000
Fax 212 836-8689
www.kayescholer.com

**MEMO ENDORSED**

March 21, 2008



**VIA HAND DELIVERY**

The Honorable Frank Maas
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Blue Creek Produce, LLC v. Big City Produce, Inc., et al.
     07 Civ. 7849(LTS)(FM)

Dear Magistrate Judge Maas:

We represent Indumati Kothari in the above-captioned matter. I am writing to respectfully request that the telephone conference currently scheduled for March 31, 2008 at 11:00 am be postponed to any other day that week. I am lead counsel for Ms. Kothari and am traveling on March 31, 2008.

Thank you for your consideration.

Respectfully,

/s/ Jeffrey A. Fuisz

Jeffrey A. Fuisz

*[Handwritten endorsement:] The conference is adjourned to 4/1/08 at 11 am. If this date and time is inconvenient for Mr. Levinson, counsel should place a conference call to my Chambers to reschedule. /s/ Maas, USMJ 3/21/08*

cc: Bruce Levinson, Esq. (via email)

31622117.WPD