UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Blue Creek Produce, LLC.

                      Plaintiff(s),

            -against-

Big City Produce, Inc., et al.

                      Defendant(s).
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

ORDER OF DISCONTINUANCE

07 Civ. 7849 (LTS)(FM)

        It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

        ORDERED that said action be and hereby is, discontinued with/~~without~~ prejudice and ~~with~~/without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
               June 9, 2008

                                                   _____
                                                     FRANK MAAS
                                                  United States Magistrate Judge

_____                  _____
Attorney(s) for Plaintiff                          Attorney(s) for Defendant

Agreed and Consented to:                   Agreed and Consented to:

                                                              _Indumati n nathan_