RECEIVED 06/16/2008 16:11  2127502536
JUN 16 2008 17:20 FR                              TO 912127502536   BRUCE LEVINSON  SWAIN'S
                                                                    P.07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BLUE CREEK PRODUCE, LLC         :
                                :
                Plaintiff       :
                                :
        v.                      :    Civil No. 1:07-cv-07849-LTS
                                :
BIG CITY PRODUCE, INC., et al   :    **ORDER AND JUDGMENT**
                                :
                Defendants      :

### ORDER AND JUDGMENT

HAVING REVIEWED AND CONSIDERED the foregoing Consent Judgment, Stipulation and Order ("Stipulation") for a Judgment against Defendant Indumati Kothari and it appearing to the satisfaction of the Court that judgment and relief in accordance with the terms of the Stipulation should be entered, it is hereby

**ORDERED** that the Stipulation is approved in its entirety; and it is further

**ORDERED** that Plaintiff Blue Creek Produce, LLC is a valid trust beneficiary under the provisions of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), against Indumati Kothari in the principal amount due of $22,507.50, plus interest in the amount of $6,410.71 and attorneys' fees in the amount of $16,000.00, for a total amount due of $44,918.21 ("PACA Amount Due"); and it is further

**ORDERED** that judgment is entered in favor of Plaintiff and against Defendant Indumati Kothari in the amount of $22,507.50 under the trust provisions of the PACA, 7 U.S.C. § 499e(c); and it is further;

RECEIVED 06/16/2008 16:11    2127502536    BRUCE LEVINSON
JUN 16 2008 17:20 FR                    TO 912127502536    P.08

ORDERED that if Defendant defaults in her obligations and fails to cure the default, or if the Defendant has defaulted and cured the default two (2) previous times in any given calendar year and defaults a third time in the same calendar year, as set forth in paragraphs 4 and 5 of the Stipulation, Defendant shall be liable to Plaintiff for the PACA Amount Due, less any payments made by Defendant, together with all of the Plaintiff's costs and reasonable additional attorneys fees as provided in the Stipulation.

Dated: June 18, 2008.

_____
United States District Court Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

7

** TOTAL PAGE.08 **